IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARL ANDERSON, et al., | NO. CV11-1175-PHX DGC |
| Plaintiffs, | |
| v. | ORDER |
| GREGORY K. MCGRATH, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Motion to Extend Deadline for Filing their responses to the three (3) separate Motions to Dismiss filed by Defendants (Doc. 106), and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs' motion (Doc. 106) is **granted**. Plaintiffs shall file their responses to the three (3) separate motions to dismiss on or before **August 3, 2012.**

Dated this 6th day of July, 2012.

_____
David G. Campbell
United States District Judge

1